UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

QML, INC.,

    **Plaintiff,**

    v.                                     Case No.: 2:12-cv-1045
                                            JUDGE GEORGE C. SMITH
                                            Magistrate Judge Deavers

ROUND2, INC., *et. al.*,

    **Defendants.**

## ORDER

    Defendant/Crossclaim Plaintiff, Components & More, Inc. ("Components") has filed a Motion to Dismiss Claims against Round2, Inc. with Prejudice. (ECF No. 57). The Court is informed that the Motion is unopposed. The Motion is, therefore, **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, Components' Crossclaim against Round 2, Inc. is hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

                                              /s/ *George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                              **UNITED STATES DISTRICT COURT**